No. 4741.—Petterson, aplte. v. Manzano Aviñó et al. apldos.—C. D. San Juan. ▇▇▇▇▇▇ Abril 23, 1929. Examinados los autos a la luz de la moción que antecede para que se desestime la presente apelación, leído el escrito de oposición a la referida moción y vistos el artículo 299 del Código de Enjuiciamiento Civil y los Nos. 40, 58, 59 y 60 de las reglas de esta corte, se declara con lugar la moción y se desestima la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de San Juan en agosto 17, 1928.

El Juez Presidente Señor del Toro no intervino.